| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Clayton Jamison | 11/8/1993 | IL | Southern District of Illinois | No | Carmi (IL1930100) | No | Testicular Cancer | 1-9 |
| 2 | Paul Jandejska | 10/29/1993 | IL | Northern District of Illinois | No | Joliet (IL1970450) | No | Testicular Cancer | 1-9 |
| 3 | Cheryl Jannopoulos | 6/24/1949 | CA | Central District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |
| 4 | Michael Janov | 1/1/1955 | CA | Central District of California | Yes | Alameda County Water District (CA0110001) | No | Kidney Cancer | 1-9 |
| 5 | Jerome Jaramillo | 10/16/1980 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 6 | Herminia Jasso | 3/20/1957 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 7 | Raymond Eugene Jastemski | 6/9/1945 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 8 | Marcel Jean | 7/28/1965 | NY | Eastern District of New York | No | Palm Beach County Water Utilities (FL4504393) | No | Liver Cancer | 1-9 |
| 9 | Joseph Jeffers | 9/30/1985 | TX | Western District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 10 | Donald Jefferson | 2/25/1969 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 11 | James Jefferson | 7/8/1968 | CA | Eastern District of California | No | Cal Am - Fruitridge Vista (CA3510023) | No | Kidney Cancer | 1-9 |
| 12 | Kishie Jeffery | 7/5/1967 | TX | Southern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 13 | Robert Jeffrey | 6/6/1969 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 14 | James Jenkins | 9/9/1950 | NC | Eastern District of North Carolina | No | Town Of Oak Island (NC0410020) | No | Kidney Cancer | 1-9 |
| 15 | Jaron Jenkins | 9/10/1990 | TX | Eastern District of Texas | No | City of Irving (TX0570050) | No | Testicular Cancer | 1-9 |
| 16 | Laura Jenkins | 2/20/1958 | GA | Southern District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Rose Jenkins | 3/9/1962 | NC | Eastern District of North Carolina | No | City of Lumberton (NC0378010) | No | Kidney Cancer | 1-9 |
| 18 | Yarnell Jenkins | 10/14/1977 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 19 | Marlon Jennings | 2/2/1989 | TN | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |
| 20 | Michael D Jennings | 9/29/1951 | TX | Western District of Texas | No | Moffat Wsc (TX0140028) | No | Kidney Cancer | 1-9 |
| 21 | Earl Jepson | 4/20/1950 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 22 | Fred Jerez Jr. | 5/3/1966 | AZ | District of Arizona | No | City of Dover Water Department (NH0651010) | No | Liver Cancer | 1-9 |
| 23 | John W. Jett | 10/1/1965 | NC | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Testicular Cancer | 1-9 |
| 24 | Alejandro Jimenez | 6/25/1981 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Ulcerative Colitis | 1-9 |
| 25 | Jesus Jimenez | 12/10/1996 | CA | Central District of California | No | City of Orange (CA3010027) | No | Testicular Cancer | 1-9 |
| 26 | Jesus Jimenez | 7/16/2001 | TX | Southern District of Texas | No | City Of Eagle Pass (TX1620001) | No | Testicular Cancer | 1-9 |
| 27 | Linda Roberts | 1/8/1962 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |
| 28 | Michael Jiosa | 9/23/1985 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 29 | Karen Joest | 5/30/1953 | MO | Eastern District of Missouri | No | St. Peters PWS (MO6010719) | No | Kidney Cancer | 1-9 |
| 30 | Konstance Johansen | 5/12/1961 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 31 | LeyChawne Johns | 1/13/1974 | PA | Eastern District of Pennsylvania | No | Chester Water Authority (PA1230004) | No | Testicular Cancer | 1-9 |
| 32 | Christopher Johnson | 5/19/1979 | TX | Western District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 33 | Darlene Johnson | 10/12/1953 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Ella Johnson | 2/13/1937 | AL | Northern District of Alabama | No | Alabaster Water Board (AL0001148) | No | Kidney Cancer | 1-9 |
| 35 | Gregory Lee Johnson | 1/8/1960 | IL | Central District of Illinois | No | Benton Harbor (MI0000600) | No | Kidney Cancer | 1-9 |
| 36 | Jaden Johnson | 12/9/2005 | NC | Middle District of North Carolina | No | Albemarle, City Of (NC0184010) | No | Testicular Cancer | 1-9 |
| 37 | Jimmy Johnson | 1/1/1981 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Testicular Cancer | 1-9 |
| 38 | Joshua Johnson | 12/15/1979 | CA | Eastern District of California | No | El Dorado Id - Main;Placerville, City Of - Main (CA0910001) | No | Testicular Cancer | 1-9 |
| 39 | Lisa Johnson | 10/11/1968 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Liver Cancer | 1-9 |
| 40 | Maraia Johnson | 7/6/1963 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Kidney Cancer | 1-9 |
| 41 | Megan Johnson | 11/8/1974 | IL | Northern District of Illinois | No | Cary (IL1110100) | No | Kidney Cancer | 1-9 |
| 42 | Rhonda Johnson | 7/5/1951 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Kidney Cancer | 1-9 |
| 43 | Sidney Johnson | 6/30/1963 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 44 | Ty Johnson | 8/15/1998 | WA | Western District of Washington | No | Carnation Water System City Of (WA5311200) | No | Testicular Cancer | 1-9 |
| 45 | Sharon Johnson-Walcott | 4/28/1962 | FL | Southern District of Florida | No | Fort Pierce Utilities Authority (FL4560490) | No | Kidney Cancer | 1-9 |
| 46 | Elbert Leon Johnston | 10/2/1943 | WA | Western District of Washington | No | Lakewood Water District (WA5345550) | No | Kidney Cancer | 1-9 |
| 47 | Julie Jolly | 8/26/1967 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 48 | Virginia Jonas | 7/17/1963 | FL | Middle District of Florida | No | Lee County Utilities (FL5364048) | No | Kidney Cancer | 1-9 |
| 49 | Albert Jones Jr | 8/7/1950 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Amanda Jones | 8/12/1967 | SC | District of South Carolina | No | Mcbee Town Of (Sc1310004) (SC1310004) | No | Kidney Cancer | 1-9 |
| 51 | Cornel Jones | 2/13/1964 | NJ | District of New Jersey | No | NJ American Water - Atlantic County (NJ0119002) | No | Kidney Cancer | 1-9 |
| 52 | David G Jones | 4/21/1971 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 53 | Demond Jones | 1/11/1967 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 54 | Earlie Jones | 7/8/1954 | NC | Eastern District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 55 | Elliott Jones | 7/26/1993 | NC | Eastern District of North Carolina | No | North Lenoir Water Corp (NC0454025) | No | Testicular Cancer | 1-9 |
| 56 | Eric Jones | 6/11/1965 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Testicular Cancer | 1-9 |
| 57 | Fred Jones | 2/3/1970 | MS | Northern District of Mississippi | No | City Of Greenville (MS0760004) | No | Kidney Cancer | 1-9 |
| 58 | Gilbert Jones | 8/26/1958 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 59 | Heather Jones | 6/3/1979 | SC | District of South Carolina | No | Gcwsd Wedgefield Plantation (2220006) (SC2220006) | No | Kidney Cancer | 1-9 |
| 60 | Isaac Jones | 9/19/1965 | CA | Central District of California | No | Compton City Water Department (CA1910026) | No | Kidney Cancer | 1-9 |
| 61 | Jacob Jones | 4/23/1975 | NJ | District of New Jersey | No | Bridgeton City Water Department (NJ0601001) | No | Kidney Cancer | 1-9 |
| 62 | Jeffery Jones | 9/29/1961 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Kidney Cancer | 1-9 |
| 63 | Jeffrey Jones | 2/27/1982 | UT | District of Utah | No | City Of Kennewick (WA5338100) | No | Testicular Cancer | 1-9 |
| 64 | Jeremy Jones | 8/21/1977 | CA | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 65 | Jonathon Jones | 11/21/1973 | TX | Eastern District of Texas | No | City Of Tyler (TX2120004) | No | Testicular Cancer | 1-9 |
| 66 | Larry Jones | 7/4/1960 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Matthew Jones | 7/5/1977 | AL | Middle District of Alabama | No | Montgomery Water Works (AL0001070) | No | Testicular Cancer | 1-9 |
| 68 | Melvin L Jones | 9/1/1954 | TX | Southern District of Texas | No | City of Baytown (TX1010003) | No | Kidney Cancer | 1-9 |
| 69 | Pliny Tseelnatey Jones | 3/4/1976 | CA | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Testicular Cancer | 1-9 |
| 70 | Prentiss E Jones | 3/20/1972 | IL | Central District of Illinois | No | Muscatine Power & Water (IA7048001) | No | Kidney Cancer | 1-9 |
| 71 | Shirley B. Jones | 3/30/1949 | NC | Eastern District of North Carolina | No | Ayden Town Of (NC0474025) | No | Kidney Cancer | 1-9 |
| 72 | Toni Jones | 2/10/1962 | NJ | District of New Jersey | No | Passaic Valley Water Commission (NJ1605002) | No | Kidney Cancer | 1-9 |
| 73 | Wadress Jordan | 9/25/1962 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 74 | Alan Joseph | 7/10/1988 | MA | District of Massachusetts | No | Boylston Water District (MA2039000) | No | Testicular Cancer | 1-9 |
| 75 | Rob Joule | 4/10/1987 | NJ | District of New Jersey | No | Spotswood Water Department (NJ1224001) | No | Testicular Cancer | 1-9 |
| 76 | Coleen Jove | 9/15/1946 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 77 | Timothy Joyce | 2/6/1982 | MA | District of Massachusetts | No | Hanson Water Department (MA4123000) | No | Testicular Cancer | 1-9 |
| 78 | Matthew Joyner Jr. | 4/2/1995 | NC | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Testicular Cancer | 1-9 |
| 79 | Phillip Joyner | 4/2/1965 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 80 | Manuel Juarez | 7/17/1970 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 81 | Keith Judkins | 6/3/1964 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Kidney Cancer | 1-9 |
| 82 | J Scott Judy | 1/26/1971 | KY | Eastern District of Kentucky | No | Kentucky American Water Co. (KY0340250) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 83 | Beatriz E. Juliao | 12/16/1951 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 84 | Chan Jung | 2/19/1974 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Testicular Cancer | 1-9 |
| 85 | Jason Junio | 9/15/1995 | CA | Central District of California | No | City of Santa Ana (CA3010038) | No | Testicular Cancer | 1-9 |
| 86 | Oscar Kafer | 10/8/1969 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Testicular Cancer | 1-9 |
| 87 | John Kahle | 6/9/1951 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 88 | Nazifa Kakar | 4/22/1953 | NY | Eastern District of New York | No | Dix Hill Water District (NY5103276) | No | Ulcerative Colitis | 1-9 |
| 89 | Michael A. Kallimanis | 6/21/1961 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 90 | Keith Kalmus | 3/3/1966 | NY | Eastern District of New York | No | Riverhead Water District (NY5103705) | No | Kidney Cancer | 1-9 |
| 91 | Nancy J Kaltwang | 10/3/1949 | SC | District of South Carolina | No | Town Of Cheraw (SC1310001) | No | Kidney Cancer | 1-9 |
| 92 | Daniel Kampe | 4/12/1979 | IA | Southern District of Iowa | No | Camanche Water Supply (IA2322066) | No | Kidney Cancer | 1-9 |
| 93 | Joseph Katona | 12/18/1978 | NJ | District of New Jersey | No | Pequannock Township Water Department (NJ1431001) | No | Testicular Cancer | 1-9 |
| 94 | Lorraine Katz | 1/30/1966 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 95 | Mark Kavalauskas | 3/19/1969 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 96 | John Kaveny | 9/17/1943 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 97 | Pamela Kearfott | 7/19/1960 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 98 | Kenneth Kearney | 6/28/1950 | NC | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Kidney Cancer | 1-9 |
| 99 | Kenneth Keating | 10/14/1985 | NC | Middle District of North Carolina | No | City of Concord (NC0113010) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Dale Kee | 3/22/1968 | TN | Western District of Tennessee | No | Camden Water Dept (TN0000090) | No | Kidney Cancer | 1-9 |
| 101 | Edward Keeley | 8/12/1964 | NJ | District of New Jersey | No | City of Camden (NJ0408001) | No | Ulcerative Colitis | 1-9 |
| 102 | Ruth Keenum | 5/19/1965 | AL | Northern District of Alabama | No | Moulton Waterworks Board (AL0000798) | No | Kidney Cancer | 1-9 |
| 103 | Tracey Keller-Kinnear | 5/28/1969 | IL | Southern District of Illinois | No | Collinsville Water Department (IL1194280) | No | Kidney Cancer | 1-9 |
| 104 | Daril Kelley | 11/11/1952 | SC | District of South Carolina | No | West Anderson W/D (0420006) (SC0420006) | No | Kidney Cancer | 1-9 |
| 105 | Hunter Kelley | 9/1/1991 | AL | Northern District of Alabama | No | Weaver Water System (AL0000168) | No | Testicular Cancer | 1-9 |
| 106 | Louie Kelly | 11/13/1991 | UT | District of Utah | No | Kearns Improvement District (UTAH18011) | No | Testicular Cancer | 1-9 |
| 107 | Michael Kelly | 7/9/1994 | KY | Eastern District of Kentucky | No | Brandenburg Water Works (KY0820041) | No | Kidney Cancer | 1-9 |
| 108 | Robert Kelly | 3/4/1964 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 109 | William L. Kelly | 6/14/1959 | MA | District of Massachusetts | No | Wareham Fire District (MA4310000) | No | Testicular Cancer | 1-9 |
| 110 | Teresa Kennamer | 10/5/1964 | AL | Northern District of Alabama | No | Guntersville Water Works & Sewer Board (AL0000943) | No | Kidney Cancer | 1-9 |
| 111 | Robert Kent | 12/6/1970 | TX | Northern District of Texas | No | City Of Pflugerville (TX2270014) | No | Kidney Cancer | 1-9 |
| 112 | Carol Kesselman | 3/19/1947 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Ulcerative Colitis | 1-9 |
| 113 | Bruce Ketter | 6/25/1960 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 114 | Ronald Kettle | 11/10/1954 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 115 | Maryam Khalilian | 9/5/1975 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 116 | Faisal Khan | 12/1/1980 | CA | Eastern District of California | No | City of Lodi (CA3910004) | No | Kidney Cancer | 1-9 |
| 117 | Philip K Kibler | 2/15/1961 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 118 | Cheryl Lynn Kight | 7/21/1945 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Kidney Cancer | 1-9 |
| 119 | Danielle Kilgour | 1/25/1991 | OH | Southern District of Ohio | No | Hamilton Public Water System (OH0904012) | No | Kidney Cancer | 1-9 |
| 120 | Elena Kilmanova | 11/3/1986 | CA | Central District of California | No | Rancho California Water District (CA3310038) | No | Liver Cancer | 1-9 |
| 121 | Edward Kimock Jr | 2/8/1986 | NJ | District of New Jersey | No | Aqua NJ - Phillipsburg (NJ2119001) | No | Testicular Cancer | 1-9 |
| 122 | David King | 3/26/1972 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 123 | Karen King | 1/10/1967 | CA | Central District of California | No | City of Colton (CA3610014) | No | Liver Cancer | 1-9 |
| 124 | Marthola King | 3/14/1964 | AZ | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 125 | Paul King | 7/30/1965 | NC | Eastern District of North Carolina | Yes | Greenville Utilities Commission (NC0474010) | No | Kidney Cancer | 1-9 |
| 126 | Sherman King | 7/17/1968 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 127 | Stephen King | 4/29/1970 | IL | Central District of Illinois | No | East Peoria (IL1790200) | No | Kidney Cancer | 1-9 |
| 128 | Timothy King | 6/28/1954 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 129 | Kelly Kinney | 2/26/1960 | IA | Southern District of Iowa | No | Des Moines Water Works (IA7727031) | No | Ulcerative Colitis | 1-9 |
| 130 | Lori Kinsel | 9/8/1982 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Ulcerative Colitis | 1-9 |
| 131 | Michael Kirk | 11/17/1973 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 132 | Michael Kirk | 8/2/1966 | VA | Eastern District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Terrance Kirk | 2/3/1950 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 134 | Sharon Kirkland | 9/24/1966 | CT | District of Connecticut | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 135 | Robyn Kirkley | 3/30/1965 | AL | Middle District of Alabama | No | Birmingham Water Works (AL0000738) | No | Liver Cancer | 1-9 |
| 136 | Allen Kirschenhofer | 12/3/1964 | MD | District of Maryland | No | Maryland American Water Company (MD0120003) | No | Kidney Cancer | 1-9 |
| 137 | Jacklynn Kistner | 3/12/1971 | TX | Western District of Texas | No | SAWS Castle Hills (TX0150045) | No | Kidney Cancer | 1-9 |
| 138 | Rami Kiwan | 2/5/1990 | CA | Eastern District of California | Yes | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Testicular Cancer | 1-9 |
| 139 | Robert Allan Kjeldsen | 11/20/1950 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 140 | Christopher Klick | 10/21/1967 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Kidney Cancer | 1-9 |